UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| KEVIN KENNEY and WILLIAM H. BROWN CO. Div. of OREGANI GRAPHICS, INC., | : <br> : <br> : Case No. 07 CIV 9832(DAB)(RLE) |
| Plaintiffs, | : <br> : |
| -against- | : <br> : <br> : **STIPULATION** |
| COMPAS, INC., HEALTHCARE FULFILLMENT SERVICES, LLC, STANLEY WOODLAND and MICHAEL MILLER, | : <br> : <br> : <br> : |
| Defendants. | : |

------------------------------------------------------------ x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties hereto that defendants' time to move or answer with respect to the Complaint is extended up to and including December 14, 2007.

**IT IS FURTHER STIPULATED AND AGREED** that defendants acknowledge service of the Summons and Complaint by United States mail and will not contest jurisdiction based on defective or improper service. Defendants, however, expressly reserve their rights to otherwise contest the personal jurisdiction of the United States District Court for the Southern District of New York and/or the Supreme Court of the State of New York in this action.

Dated: New York, New York
       November 15, 2007

|  |  |
|---|---|
|  | **TARTER KRINSKY & DROGIN LLP** |
| s/ *William A. Thomas* | By: s/*Linda S. Roth* |
| William A. Thomas (WT 0116) | Linda S. Roth (LR 8255) |
| 89 Fifth Avenue, Suite 900 | 1350 Broadway |
| New York, NY  10003 | New York, NY  10018 |
| (212) 741-8900 | (212) 216-8000 |
| Attorney for Plaintiff | Attorneys for Defendants |

{Client\002354\L779\00107923.DOC;1}