UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
KEVIN KENNEY and WILLIAM H. BROWN  :
CO. Div. of OREGANI GRAPHICS, INC.,   :
                                                                         : Case No. 07 CIV 9832(DAB)(RLE)
                            Plaintiffs,                        :
                                                                         :          **AMENDED**
              -against-                                       :          **RULE 7.1 STATEMENT**
                                                                         :
COMPAS, INC., HEALHCARE FULFILLMENT :
SERVICES, LLC, STANLEY WOODLAND and  :
MICHAEL MILLER,                                      :
                                                                         :
                            Defendants.                   :
------------------------------------------------------------- x

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Compas, Inc. and Health Fulfillment Services, LLC (incorrectly denominated herein as Healthcare Fulfillment Services, LLC) certifies as follows:

  1. Compas, Inc. is a private non-governmental entity and Grey Global Group, Inc., a publicly held corporation, owns more than 10% of its shares; and

  2. Health Fulfillment Services, LLC is a private non-governmental entity and none of its corporate parents, affiliates and/or subsidiaries are publicly held.

Dated: New York, New York
   November 19, 2007

            **TARTER KRINSKY & DROGIN LLP**
            *Attorneys for Defendants*

            By: s/ *Andrew N. Krinsky*
             Andrew Krinsky (AK – 0997)
            1350 Broadway – 11th Floor
            New York, New York  10018
            Tel. (212) 216-8000
            Fax (212) 216-8001

Of Counsel:

Steven Kudatzky, Esq.
**STEVEN KUDATZKY CHARTERED**
6000 Sagemore Drive, Suite 6301
Marlton, New Jersey  08053
Tel. (856) 988-3131
Fax. (856) 988-0194