```
United States District Court
Southern District of New York
------------------------------------X
KEVIN KENNEY, WILLAM H. BROWN CO.
DIV. OF OREGANI GRAPHICS INC.,
                    Plaintiffs,

          -against-                        07 Civ. 9832 (DAB)
                                               ORDER
COMPAS, INC., HEALTHCARE FULFILLMENT
SERVICES, LLC, STANLEY WOOD, MICHAEL
MILLER,

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Plaintiff Counsel's letter of January 14, 2008, seeking to be relieved as counsel. Counsel William A. Thomas's request is GRANTED.

Individual Plaintiff Kevin Kenney may select new counsel or may choose to proceed <u>pro se</u>, meaning without a lawyer. However, corporations, partnerships, and unincorporated associations cannot appear without legal representation. See <u>Eagle Associates v. Bank of Montreal</u>, 926 F.2d 1305, 1309-10 (2d Cir. 1991); <u>Lattanzio v. COMTA</u>, 481 F.3d 137, 139-140 (2d Cir. 2007). Therefore, a Notice of Appearance of new counsel for Plaintiff William H. Brown Co. Div. of Oregani Graphics, Inc. SHALL BE FILED within 60-days of the date of this ORDER.

Following the appearance of counsel, Plaintiffs shall have 30 days to file an opposition to Defendants Motion to Dismiss.

1

Should Plaintiffs fail to follow this ORDER, upon proper, Motion, Plaintiffs would be subject to a Motion to Dismiss for Failure to Prosecute.

SO ORDERED.

Dated:     New York, New York
           January 29, 2008

*Deborah A. Batts*
Deborah A. Batts
United States District Judge