United States District Court
Southern District of New York
------------------------------------X
KEVIN KENNEY, WILLAM H. BROWN CO.
DIV. OF OREGANI GRAPHICS INC.,
                    Plaintiffs,

     -against-                                    07 Civ. 9832 (DAB)
                                                  ORDER
COMPAS, INC., HEALTHCARE FULFILLMENT
SERVICES, LLC, STANLEY WOOD, MICHAEL
MILLER,

                    Defendants.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

   On January 29, 2008, the Court ORDERED that a Notice of Appearance of new counsel for Plaintiff William H. Brown Co. Div. of Oregani Graphics, Inc. be filed within 60-days. On March 28, 2008, the Court received in Chambers a letter from "Kevin Kenney & William H. Brown" stating that "Plaintiffs in the above case request extension of time needed to acquaint new counsel with pending matters." However, to date, no new counsel has appeared in this action.

   Accordingly, Plaintiffs KEVIN KENNEY and WILLAM H. BROWN CO. DIV. OF OREGANI GRAPHICS INC. are hereby ORDERED TO SHOW CAUSE why their causes of action against Defendants should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 4/9/08]

If Plaintiffs fail within 30 days of the date of this Order to show cause, Plaintiffs' causes of action against Defendants in this case shall be dismissed for failure to prosecute. Plaintiffs' showing of good cause, if any, shall be made by affidavit.

SO ORDERED.

Dated:   New York, New York
         April 9, 2008

*Deborah A. Batts*
Deborah A. Batts
United States District Judge