United States District Court
Southern District of New York
------------------------------------X
KEVIN KENNEY, WILLAM H. BROWN CO.
DIV. OF OREGANI GRAPHICS INC.,
                    Plaintiffs,

         -against-                           07 Civ. 9832 (DAB)
                                             ORDER
COMPAS, INC., HEALTHCARE FULFILLMENT
SERVICES, LLC, STANLEY WOOD, MICHAEL
MILLER,

                    Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

   On January 29, 2008, the Court Ordered that a Notice of Appearance of new counsel for Plaintiff William H. Brown Co. Div. of Oregani Graphics, Inc. be filed within 60-days.  On March 28, 2008, the Court received in Chambers a letter from "Kevin Kenney & William H. Brown" stating that "Plaintiffs in the above case request extension of time needed to acquaint new counsel with pending matters."  Having received no notice of appearance for new counsel, on April 9, 2008 the Court Ordered Plaintiffs to show cause why their causes of action against Defendants should not be dismissed for failure to prosecute by May 9, 2008.  To date, no new counsel has appeared in this action and Plaintiffs have failed to show cause.

   Accordingly, Plaintiffs causes of action against Defendants are HEREBY DISMISSED for failure to prosecute.  See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding

1

that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted"). The Clerk of the Court is directed to terminate all pending motions and close the docket for this case.

SO ORDERED.

Dated:    New York, New York
          May 19, 2008

                                    _____
                                    Deborah A. Batts
                                    United States District Judge